Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JAMES SCOTT

vs

MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY

FILED 2008 APR 23 PM 12: 16
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 0735 BTM JMA**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Matthew G. English (SBN 204869)
LAW OFFICES OF MATTHEW G. ENGLISH
7676 Hazard Center Dr Ste 500, San Diego CA 92108

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

K. HIMMERLY

By                    , Deputy Clerk

APR 23 2008
DATE

Summons in a Civil Action                                      Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)