Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JAMES SCOTT

vs

MICHAEL CHERTOFF,
SECRETARY, DEPARTMENT OF
HOMELAND SECURITY

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0735 BTM JMA

TO: (Name and Address of Defendant)

Michael Chertoff, Secretary
Department of Homeland Security

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Matthew G. English (SBN 204869)
LAW OFFICES OF MATTHEW G. ENGLISH
7676 Hazard Center Dr Ste 500, San Diego CA 92108

An answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                APR 23 2008
K. HUMPHREY                                           DATE

By _____, Deputy Clerk

Summons in a Civil Action                                            Page 1 of 2

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

*Scott v. Chertoff*
Case No. 08-CV-0735-BTM (JMA)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE – CERTIFIED U.S. MAIL - RRR**

I, Matthew G. English, am an attorney in the County of San Diego, State of California, at the Law Offices of Matthew G. English, 7676 Hazard Center Drive, Suite 500, San Diego, California 92108-4508. I am over the age of eighteen and am not a party to the within action.

On **May 20, 2008,** I served the following document(s) described as:

**1. SUMMONS**

**2. COMPLAINT**

on all parties involved in this action, by placing a true copy thereof enclosed in a sealed envelope, certified mail – return receipt requested, addressed as follows:

| | |
|---|---|
| Secretary Michael Chertoff<br>U.S. Department of Homeland Security<br>Washington DC 20528-0001 | Attorney General Michael B. Mukasey<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington DC 20530-0001 |

I then deposited such envelope(s) in the Certified First Class U.S. Mail, Return Receipt Requested at San Diego, California, with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 23, at San Diego, California.

Matthew G. English