# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
JUL -2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

*This space for Clerk's Office File Stamp*

TO: [X] U. S. DISTRICT JUDGE / [ ] U. S. MAGISTRATE JUDGE    Judge Barry Ted Moskowitz
FROM: J. Hinkle, Deputy Clerk        RECEIVED DATE: 6/26/08
CASE NO.: 08cv735    DOCUMENT FILED BY: Plaintiff atty Matthew Gene
CASE TITLE: Scott v Chertoff
DOCUMENT ENTITLED: Returned Summons

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | OTHER: No original signature. Also, notice of non-compliance issued. It was filed along w/another returned summons filed same day. JH |

Date forwarded: 7/01/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

[X] The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: BTM

Dated: 7/1/08    By: [signature]
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**REJECTED**

JAMES SCOTT

vs

MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY

SUMMONS IN A CIVIL ACTION

Case No.

**'08 CV 0735 BTM JMA**

TO: (Name and Address of Defendant)

Michael Chertoff, Secretary
Department of Homeland Security

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Matthew G. English (SBN 204869)
LAW OFFICES OF MATTHEW G. ENGLISH
7676 Hazard Center Dr Ste 500, San Diego CA 92108

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

APR 23 2008

W. Samuel Hamrick, Jr.

K. HURLEY

By _____, Deputy Clerk        DATE

Summons in a Civil Action                                                                                        Page 1 of 2

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)