UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SCOTT,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendant. | Case No. 08-CV-0735-BTM (JMA)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |

    On August 21, 2008 at 10:00 a.m., the Court convened an Early Neutral Evaluation Conference in the above entitled action.

    Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court issues the following orders:

    1.    The Rule 26(f) conference shall be completed by September 15, 2008;

    2.    All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by September 29, 2008;

    3.    A proposed joint discovery plan shall be lodged with Magistrate Judge Adler's chambers on or before September 29, 2008

1  (the parties should consult Rule 26(f) for the substance of the
2  discovery plan);[1] and,
3      4.   Pursuant to Rule 16(b) of the Federal Rules of Civil
4  Procedure, a telephonic Case Management Conference shall be held
5  on **October 6, 2008** at **9:30 a.m.** before Magistrate Judge Adler.
6  All counsel and unrepresented parties shall appear telephonically
7  at this conference.  The Court will initiate the conference call.
8      Failure of any counsel or party to comply with this Order
9  will result in the imposition of sanctions.
10     **IT IS SO ORDERED.**
11 DATED:  August 21, 2008

                                    _____
                                    Jan M. Adler
                                    U.S. Magistrate Judge

---

[1] The proposed joint discovery plan may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.